# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

EDWARD TRAUGHBER, ET AL.,     )     **Montgomery Circuit**

     )     **No.  C9-217**

     **Plaintiff/Appellant,**     )

     )

**VS.**     )     **Appeal No.**

     )     **01A01-9709-CV-00525**

**KELLY A. KRESS, ET AL.,**     )

     )

     **Defendant/Appellee,**     )

**FILED**

**August 19, 1998**

**Cecil W. Crowson
Appellate Court Clerk**

# O R D E R

The appellants have filed a respectful petition to rehear which has been considered and found to be without merit.

The petition is therefore respectfully denied.

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION


_____
BEN H. CANTRELL, JUDGE


_____
WILLIAM B. CAIN, JUDGE